UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VIENGKEO KEOPHOMMASANE,

                Plaintiff,

-against-

ROBIN CARNAHAN, ADMINISTRATOR,
GENERAL SERVICES ADMINISTRATION,

                Defendant.

22 Civ. 743 (AT)

VIENGKEO KEOPHOMMASANE,

                Plaintiff,

-against-

ROBIN CARNAHAN, ADMINISTRATOR,
GENERAL SERVICES ADMINISTRATION,

                Defendant.

22 Civ. 745 (AT)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _2/7/2022_

ANALISA TORRES, District Judge:

    The Court intends to consolidate the above-captioned actions. Any opposition to consolidation shall be filed by **February 16, 2022**.

    The Clerk of Court is directed to mail a copy of this Order to Plaintiff *pro se*.

    SO ORDERED.

Dated: February 7, 2022
       New York, New York

                                            ANALISA TORRES
                                     United States District Judge