```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/1/2022
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

**VIENGKEO KEOPHOMMASANE,**

                      **Plaintiff,**                              **22-CV-00743 (AT)(SN)**

        **-against-**                                            **ORDER**

**ROBIN CARNAHAN, ADMINISTRATOR**
**GENERAL SERVICES ADMINISTRATION,**

                      **Defendant.**

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      Plaintiff, who is proceeding *pro se*, paid the filing fees to commence this action.

      Because Plaintiff has sued an officer or employee of an agency of the United States, he must comply with the rules of service under Federal Rule of Civil Procedure 4(i)(2). To serve an officer or employee of an agency of the United States, Plaintiff must serve (1) the United States, and (2) the officer or employee. On April 14, 2022, Plaintiff filed an affidavit of service that indicates that on March 15, 2022, he served General Services Administrator Robin Carnahan by certified mail. That constitutes adequate service on an officer or employee of an agency of the United States. Plaintiff, however, has not served the United States. To do so, he must, within 30 days, deliver a copy of the summons and complaint to the local United States Attorney and the Attorney General for the United States in Washington, D.C., as follows:

1. personally deliver or mail, by registered or certified mail, a copy of the summons and complaint to the United States Attorney for the Southern District of New York, Attn: Civil Process Clerk at 86 Chambers Street, 3rd Floor, New York, NY 10007; *and*

2. mail, by registered or certified mail, a copy of the summons and complaint to the Attorney General of the United States, Department of Justice, 950 Pennsylvania Avenue N.W., Washington, D.C. 20530-0001.

## CONCLUSION

Plaintiff is directed to serve the summons and complaint on the United States by delivering, within 30 days, a copy of the summons and complaint to both the local United States Attorney and the Attorney General for the United States in Washington, D.C. in compliance with Rule 4(i)(1)(A) and (B) of the Federal Rules of Civil Procedure.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   New York, New York
         June 1, 2022