UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

VIENGKEO KEOPHOMMASANE,

                                        Plaintiff,

                    -against-

ROBIN CARNAHAN,

                                        Defendant.

-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __ 9/22/2022 __

22-CV-00743 (AT)(SN)

ORDER

SARAH NETBURN, United States Magistrate Judge:

        In light of the Limited Appearance of Pro Bono Counsel for purposes of the mediation,

the request for Pro Bono Counsel is denied without prejudice for renewal. The Clerk of Court is

respectfully directed to close the gavel at ECF No. 13.

SO ORDERED.

                                        _____
                                        SARAH NETBURN
                                        United States Magistrate Judge

DATED:        New York, New York
              September 22, 2022